RECEIVED
IN LAKE CHARLES, LA

MAY 15 2009

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **FRISONE VILMOND** | : | **DOCKET NO. 2:09-cv-338**<br>**SECTION P** |
| **VS.** | : | **JUDGE MINALDI** |
| **MICHAEL MUKASEY, ET AL.** | : | **MAGISTRATE JUDGE KAY** |

## ORDER

Frisone Vilmond filed a *habeas corpus* petition in the above-captioned matter on March 2, 2009. Doc. 1. On May 14, 2009, the government filed a Motion to Dismiss with exhibits, representing to the court that Mr. Vilmond was released from custody on an order of supervision pending deportation on May 12, 2009. Doc. 7.

Accordingly, it is ORDERED that the matter is DISMISSED WITHOUT PREJUDICE. Should the representation made to the court by the government be without verity, petitioner Mr. Vilmond shall notify the court and the action may be reopened for further proceedings.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, on this 15th day of May, 2009.

KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE